```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF GEORGIA
                       COLUMBUS DIVISION
```

EDWARD JAESON HENRY,              *

      Petitioner               *

vs.                               *
                                               CASE NO. 4:09-CV-07 (CDL)
RAYMOND A. SIMONSE, et al.,       *

      Respondent               *

## ORDER ON REPORT AND RECOMMENDATION

This matter is before the Court pursuant to a Report and Recommendation of the United States Magistrate Judge entered on March 30, 2009. Neither party has filed an objection to this Report and Recommendation as permitted by 28 U.S.C. § 636(b)(1), and therefore, the Court reviews the Recommendation for plain error. Finding no plain error or manifest injustice, the Court adopts the Report and Recommendation of the Magistrate Judge and makes it the order of this Court.

IT IS SO ORDERED, this 27th day of May, 2009.

                                      S/Clay D. Land
                                        CLAY D. LAND
                           UNITED STATES DISTRICT JUDGE